Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
3430 E. Sunrise Drive, Suite 220
Tucson, AZ 85718
Telephone: 520.544.0300

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Hope Hall,<br><br>      Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company,<br>Progressive Casualty Insurance Company,<br>Progressive Casualty Insurance Company Disability Plan,<br><br>      Defendant. | No. CV15-2615 PHX DGC<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation of Dismissal. Doc. 22.

**IT IS ORDERED** that the parties' stipulation of dismissal (Doc. 22) is **granted.** This cause is hereby dismissed with prejudice, with each party to bear its own costs and attorney fees.

Dated this 9th day of August, 2016.

_____
David G. Campbell
United States District Judge